# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daria Brill, et al., | No. CV-16-03817-PHX-DLR |
| Plaintiffs, | **ORDER** |
| v. | |
| Bank of America NA, et al., | |
| Defendants. | |

The Court has reviewed the Plaintiffs' Unopposed Motion and Incorporated Memorandum of Law for Attorneys' Fees, Costs, and Service Awards. (Doc. 26.) For good cause shown,

**IT IS ORDERED**:

1. Upon consideration of Plaintiffs' Unopposed Motion for Attorneys' Fees, Costs, and Service Awards, Golomb & Honik, P.C., as Plaintiffs' Class Counsel, and pursuant to the Settlement Agreement, are hereby awarded attorneys' fees in the amount of $105,681.10, and costs in the amount of $4,318.90, to be paid in accordance with the Settlement Agreement.

2. In evaluating a request for fees and reimbursement of costs, the Court finds the lodestar method and its application, as set forth in Plaintiffs' Unopposed Motion, is proper. Particularly, among other things, courts in this district generally consider class counsel's hours reasonably worked multiplied by reasonable hourly billing rates, and

further potentially multiplied by a "lodestar multiplier."

3. Plaintiffs' Class Counsel's hours and rates, submitted in detail in Plaintiffs' Unopposed Motion, are reasonable. Plaintiffs' Class Counsel appropriately staffed the case with experienced counsel using reasonable rates and hours within the norms per which this litigation proceeded. Further, the requested lodestar multiplier is within the range approved by courts in this District and Circuit. The amount of attorneys' fees is fair and reasonable pursuant to the amount of work that went into the litigation of the case and Plaintiffs' Class Counsel's continued work on the administration and payment of Settlement Class Member claims and their representation of Settlement Class Members throughout this litigation because, among other things: (a) the claims against the defendant required substantial time and labor; (b) Plaintiffs' Class Counsel were precluded from other employment as a result of taking this litigation; (c) the requested fee is customary and comports with fees awarded in similar cases; (d) Plaintiffs' Class Counsel undertook numerous and significant risks, on a contingency fee basis, on behalf of members of the Settlement Class with no guarantee that they would be compensated; and (e) Plaintiffs' Class Counsel obtained a desirable result.

4. The Court further finds that litigation costs in the amount of $4,318.90, as set forth in detail in Plaintiffs' Unopposed Motion, are reasonable and fair based upon the litigation.

5. Service awards "compensate class representatives for work done on behalf of the class, to make up for financial or reputational risk undertaken in bringing the action and, sometimes, to recognize their willingness to act as a private attorney general." *Rodriguez v. West Publ'g Corp.*, 563 F.3d 948, 958-59 (9th Cir. 2009). Upon consideration of Plaintiffs' Class Counsel's request for service awards for Plaintiffs Daria Brill, Andrea Morales, and Gale Zylstra in this litigation, and with the acknowledgement of their efforts to come forward and act as the plaintiffs and the settlement class representative in this case, Plaintiffs Daria Brill, Andrea Morales, and Gale Zylstra are each awarded a service award in the amount of $2,500.00 (collectively, $7,500), to be

1 paid in accordance with the Settlement Agreement.

2     6. Within the timeframe contemplated by the Settlement Agreement, Bank of America shall make a wired deposit into an attorney client trust account to be designated by Plaintiffs' Class Counsel. After attorneys' fees, costs, and the service awards have been deposited into this account, Plaintiffs' Class Counsel shall be solely responsible for allocating such attorneys' fees, costs, and the service awards.

    Dated this 15th day of September, 2017.

_____
Douglas L. Rayes
United States District Judge

- 3 -